**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

ELIZABETH RAGAN                                                                               PLAINTIFF

v.                                        NO.  2:09cv00127 JWC

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered this date, judgment is entered affirming the final decision of the Commissioner and dismissing Plaintiff's case with prejudice; the relief sought is denied.

IT IS SO ORDERED this 18th day of August, 2010.

_____
UNITED STATES MAGISTRATE JUDGE